# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Michael Dean Vaughan )
2010 Scott BLVD )
Covington, KY 41014 )
     *Plaintiff,* )
vs. )
  )
KY Army National Guard )
100 Minuteman PKWY )
Frankfort, KY 40601 )
  )
     AND )
  )
United States Department of the Army )
1400 Defense Pentagon )
Washington DC 20301-1400 )
  )
     *Defendant(s)* )
  )

Case No · 1.12-CV-00364
Judge: Collyer, Rosemary M.
Magistrate:

**AFFIDAVIT OF SERVICE**

**COMES NOW** the Plaintiff in the above listed Civil Proceeding and have had served the Issued Summons's and the First Amended Complaint [DOC No.2], to the parties in the attached certificate of service and that true and accurate copies were served via certified, return receipt requested U S. Mail on this 21st day of March 2012.

**Respectfully submitted**

Dated this 21st day of March, 2012

MICHAEL DEAN VAUGHAN
PLAINTIFF (PRO SE)
2010 Scott BLVD
Covington, KY 41014
(513) 365-8090
mvaughan@kyguardgonewild.com

RECEIVED
Mail Room

MA↙ 2 6 2012

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and accurate copy of the Plaintiff's First Amended Complaint [DOC No. 2] and Issued Summons's were served by certified, return receipt requested U.S. Mail on this 21st of March 2012, to the following

Kentucky Army National Guard
Office of the Staff Judge Advocate
LTC Dylan Seitz
100 Minuteman Parkway
Frankfort, KY 40601

The Honorable Eric Holder
Attorney General of the U.S
U.S. Department of Justice
950 Pennsylvania Ave. N.W
Washington, DC 20530-0001

U.S. Attorney's Office
ATTN: Civil Litigation
501 Third Street, NW 4th Floor
Washington, DC 2000

The Honorable John McHugh
United States Department of the Army
1400 Defense Pentagon
Washington DC 20301-1400

This the ___21___ day of ___March___, 2012

*Jennifer C. Vaughan*
Jennifer C. Vaughan
2010 Scott BLVD
Covington, KY 41014
(859) 992-1978

COUNTY OF KENTON

Subscribed and sworn to before me on ___March 21, 2012___

My Commission Expires ___Nov. 15, 14___

**Notary Public** ___Kelly Shepard___



OFFICIAL SEAL
KELLY A. SHEPARD
NOTARY PUBLIC – KENTUCKY
STATE-AT-LARGE
My Comm Expires Nov 15, 2014
COMM # 431691



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

WASHINGTON DC 20301 OFFICIAL USE

| Postage | $ | $1.50 | 0611 |
| Certified Fee | | $2.95 | 10 |
| Return Receipt Fee (Endorsement Required) | | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Post | $ | $6.80 | 03/21/2012 |

MAR 21 2012

Sent To: The Honorable John McHugh
Secretary, United States Army
Street, Apt. or PO Box: 1400 Defense Pentagon
City, State,: Washington DC 20301-1400

PS Form 3800

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

WASHINGTON DC 20530 OFFICIAL USE

| Postage | $ | $1.50 | 0611 |
| Certified Fee | | $2.95 | 10 |
| Return Receipt Fee (Endorsement Required) | | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.80 | 03/21/2012 |

MAR 21 2012

Sent To: The Honorable, Eric Holder
Attorney General of the U.S.
Street, Apt. or PO Box: U.S. Department of Justice
City, State,: 950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

PS Form 3800

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

WASHINGTON DC 20001 OFFICIAL USE

| Postage | $ | $1.50 | 0611 |
| Certified Fee | | $2.95 | 10 |
| Return Receipt Fee (Endorsement Required) | | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.80 | 03/21/2012 |

MAR 21 2012

Sent To: US Attorneys Office
ATTN: Civil Litigation
Street,: 501 Third St., NW 4th Floor
City, Sta: Washington, DC 20001

PS Form

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

FRANKFORT KY 40601 OFFICIAL USE

| Postage | $ | $1.50 | 0611 |
| Certified Fee | | $2.95 | 10 |
| Return Receipt Fee (Endorsement Required) | | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $6.80 | 03/21/2012 |

MAR 21 2012

Sent To: Kentucky Army National Guard
Office of the Staff Judge Advocate
Street, A: LTC Dylan Seitz
City, Stat: 100 Minuteman Parkway
Frankfort, KY 40601

PS Form