Eastern District of Kentucky
**F I L E D**
Jun - 02 2026
Robert R. Carr
Clerk, U.S. District Court

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**

**GENERAL ORDER NO. 26-14**

**CASE ASSIGNMENT AND RECUSAL ORDER**

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The undersigned being sufficiently advised, it is hereby

**ORDERED** that, effective June 2, 2026, all newly-filed cases shall be assigned and/or reassigned in the following manner:

1.      (Death Penalty Cases) All death penalty cases shall be assigned as outlined in General Order No. 18-13, which is incorporated here by reference.

2.      (28 U.S.C. § 2254 Petitions) All petitions seeking a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, regardless of the docket on which they are filed, shall be randomly and equally assigned from the pool of all active district judges. Should the judge assigned to the case recuse, the matter shall be reassigned by random draw to another judge from the pool of all active district judges.

3.      Subject to paragraphs 1 and 2 above, all remaining cases shall be assigned and/or reassigned in the following manner:

A.      Northern Division at Ashland

Civil cases are assigned to Chief United States District Judge David L. Bunning (90%) and United States District Judge S. Chad Meredith (10%). Should Judge Bunning recuse, the matter shall be reassigned to Judge Meredith. Should Judge Meredith recuse, the matter shall be reassigned to Judge Bunning.

-1-

Criminal cases are assigned to Judge Bunning (100%).  Should Judge Bunning recuse, the matter shall be reassigned to Judge Meredith.

### B.    Northern Division at Covington

Civil cases are assigned to Judge Bunning (60%), United States District Judge Karen K. Caldwell (20%) and Judge Meredith (20%).  Should the district judge assigned to the case recuse, the matter shall be reassigned by random draw to another district judge assigned to accept civil cases on this docket.

Criminal cases are assigned to Judge Bunning (70%) and Judge Meredith (30%). Should Judge Bunning recuse, the matter shall be reassigned to Judge Meredith.  Should Judge Meredith recuse, the matter shall be reassigned to Judge Bunning.

### C.    Central Division at Frankfort

Civil cases are assigned to Judge Caldwell (28.57%), United States District Judge Claria Horn Boom (14.29%), United States District Judge Robert E. Wier (28.57%) and Judge Meredith (28.57%).    Should the district judge assigned to the case recuse, the matter shall be reassigned by random draw to another district judge assigned to accept civil cases on this docket.

Criminal cases are assigned to Judge Caldwell (50%) and Judge Wier (50%).  Should Judge Caldwell recuse, the matter shall be assigned to Judge Wier.  Should Judge Wier recuse, the matter shall be assigned to Judge Caldwell.

### D.    Central Division at Lexington

Civil cases are assigned to Judge Caldwell (28.57%), Judge Boom (14.29%), Judge Wier (28.57%) and Judge Meredith (28.57%).    Should the district judge assigned to the case

recuse, the matter shall be reassigned by random draw to another district judge assigned to accept civil cases on this docket.

Criminal cases are assigned to Judge Caldwell (45%), and Judge Boom (15%), Judge Wier (20%) and Judge Meredith (20%).  Should the district judge assigned to the case recuse, the matter shall be reassigned by random draw to another district judge assigned to accept criminal cases on this docket.

E.    Southern Division at London

Civil cases are assigned to Judge Caldwell (28.57%), Judge Boom (14.29%), Judge Wier (28.57%) and Judge Meredith (28.57%).   Should the district judge assigned to the case recuse, the matter shall be reassigned by random draw to another district judge assigned to accept civil cases on this docket.

Criminal cases are assigned to Judge Wier (50%), Judge Boom (20%) and Judge Meredith (30%).  Should the district judge assigned to the case recuse, the matter shall be reassigned by random draw to another district judge assigned to accept civil cases on this docket.

4.    Should all district judges assigned civil cases on a particular docket recuse, the matter shall be referred to Judge Bunning for reassignment to another district judge willing to accept the assignment.

5.    Should all district judges assigned criminal cases on a particular docket recuse, the matter shall be referred to Judge Bunning for reassignment to another district judge willing to accept the assignment.

6.      Any district judge is authorized to reassign a case to another district judge willing to accept the assignment.

7.      If all district judges recuse from a case or are unwilling or unable to accept the assignment, the matter shall be referred to the Chief Judge of the United States Court of Appeals for the Sixth Circuit for reassignment.

8.      The Clerk of the Court is directed to reassign by random draw any civil or criminal case and related proceeding assigned to (or which would ordinarily be assigned to) a United States District Judge who is no longer accepting case assignments in the district to another district judge assigned to accept cases on the respective docket of the matter.

9.      Effective June 2, 2026, this Order supersedes General Order 25-14.

This 2nd day of June, 2026.

Signed By:

David L. Bunning    DB

Chief United States District Judge

-4-