**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF KENTUCKY**

**CENTRAL DIVISION AT FRANKFORT**

Eastern District of Kentucky
FILED
JUN 29 2026
AT FRANKFORT
Robert R. Carr
CLERK U.S. DISTRICT COURT

MICHAEL DEAN VAUGHAN,

    Plaintiff,

v.

KENTUCKY ARMY NATIONAL GUARD and

UNITED STATES DEPARTMENT OF THE ARMY,

    Defendants.

Civil Action No. 3:12-CV-00033-DCR

Hon. Danny C. Reeves

---

**MOTION FOR LEAVE TO FILE ELECTRONICALLY**

**(MOTION FOR CM/ECF FILING PRIVILEGES),**

**AND INCORPORATED MEMORANDUM IN SUPPORT**

Plaintiff Michael Dean Vaughan, appearing pro se, respectfully moves this Court under Federal Rule of Civil Procedure 5(d)(3)(B)(i) and the Court's CM/ECF Administrative Policies and Procedures for leave to register as a Filing User and to file documents electronically through the Court's Case Management/Electronic Case Filing ("CM/ECF") system in this action. The grounds for this motion are set forth in the incorporated memorandum below.

1. Federal Rule of Civil Procedure 5(d)(3)(B)(i) provides that a person not represented by an attorney may file electronically only if allowed by court order or by local rule. Plaintiff respectfully seeks such an order.

2. Plaintiff is no longer incarcerated. He was released in October 2023 and now resides at 500 Leo Drive, Hamilton, Ohio 45013, outside this District. Filing in paper by mail from out of district imposes delay and expense and risks the loss or late docketing of time-sensitive filings.

3. Plaintiff intends to file in this action a motion to set aside the Judgment for fraud upon the court under Federal Rule of Civil Procedure 60(d)(3), together with supporting exhibits. Electronic filing will permit the complete and timely filing of that motion and its exhibits and will effect immediate service on opposing counsel through the Notice of Electronic Filing.

4. Plaintiff has the technical capability required of a Filing User. He has reliable internet access, a valid email address (warhacker6@gmail.com), a PACER account, and the ability to create, format, and file documents as PDFs. He will comply with the Federal Rules of Civil Procedure, the Joint Local Rules, and the Court's CM/ECF Administrative Policies and Procedures, including the requirements governing the electronic filing of sealed and ex parte materials.

5. Plaintiff understands and agrees that any electronic-filing privileges granted are for purposes of this action only; that they may be revoked by the Court at its discretion; and that they must be terminated if and when Plaintiff becomes represented by counsel.

6. Plaintiff has filed a substantively identical motion in the related and companion case *Vaughan v. Kentucky Army National Guard*, No. 3:12-cv-00035-KKC (E.D. Ky.), Record No. 48, which arises from the same operative facts and is presently before the Court.

WHEREFORE, Plaintiff respectfully requests that the Court grant him leave to register as a Filing User and to file documents electronically through CM/ECF in this action, and grant such other relief as is just and proper.

Respectfully submitted this 26th day of June, 2026.

Michael Dean Vaughan
Plaintiff, Pro Se
500 Leo Drive, Hamilton, OH 45013
(859) 743-1355
warhacker6@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June, 2026, I served a true and correct copy of the foregoing upon counsel for the Defendants by United States Mail, postage prepaid (and by the Court's CM/ECF system if and when electronic-filing privileges are granted), addressed to the Office of the United States Attorney, Eastern District of Kentucky, 260 West Vine Street, Suite 300, Lexington, Kentucky 40507.

Michael Dean Vaughan, Pro Se