## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION AT FRANKFORT

MICHAEL DEAN VAUGHAN,

      Plaintiff,

v.

KENTUCKY ARMY NATIONAL GUARD and

UNITED STATES DEPARTMENT OF THE ARMY,

      Defendants.

Civil Action No. 3:12-CV-00033-DCR

Hon. Danny C. Reeves

---

## [PROPOSED] ORDER

This matter is before the Court on Plaintiff's Motion for Leave to File Electronically (Motion for CM/ECF Filing Privileges). The Court, being sufficiently advised, finds that the motion should be GRANTED.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's Motion for Leave to File Electronically is **GRANTED**;

2. Plaintiff is permitted to register as a Filing User and to file documents electronically through the Court's CM/ECF system in this action, subject to the Federal Rules of Civil Procedure, the Joint Local Rules, and the Court's CM/ECF Administrative Policies and Procedures; and

3.  These privileges are granted for purposes of this action only, may be revoked at the Court's discretion, and shall terminate upon the appearance of counsel for Plaintiff.

This _____ day of _____, 2026.

_____

Danny C. Reeves

United States District Judge