Michael Vaughan
500 Leo Dr.
Hamilton, Ohio 45013

 

**Retail**

UNITED STATES POSTAL SERVICE®

RDC 99

40602

U.S. POSTAGE PAID
FCM LG ENV
CINCINNATI, OH 45219
JUN 26, 2026

**$2.17**

S2324E501715-14

Clerk of Courts, EDKY
John C. Watts Federal Building (3rd Floor)
330 West Broadway, Room 326
Frankfort, KY 40602



