

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF KENTUCKY

CENTRAL DIVISION AT FRANKFORT

MICHAEL DEAN VAUGHAN,

     Plaintiff,

v.

KENTUCKY ARMY NATIONAL GUARD and

UNITED STATES DEPARTMENT OF THE ARMY,

     Defendants.

Civil Action No. 3:12-CV-00033-DCR

Hon. Danny C. Reeves

---

**MOTION FOR LEAVE TO ACCESS SEALED RECORDS IN THE
COMPANION CASE (No. 3:12-CV-35-KKC) FOR USE IN THIS
PROCEEDING, AND TO LODGE COPIES UNDER SEAL HEREIN,
AND INCORPORATED MEMORANDUM IN SUPPORT**

Plaintiff Michael Dean Vaughan, appearing pro se, respectfully moves this Court for an order (a) granting Plaintiff access to, and copies of, the sealed records maintained in the companion case *Vaughan v. Kentucky Army National Guard*, No. 3:12-cv-00035-KKC (E.D. Ky.) (the "APA action"), identified below; and (b) in the alternative or in addition, granting leave to lodge those materials under seal in this action in support of Plaintiff's forthcoming motion under Federal Rule of Civil Procedure 60(d)(3). The grounds for this motion are set forth in the incorporated memorandum below.

1. This Privacy Act action (No. 3:12-cv-33) and the APA action (No. 3:12-cv-35) are companion cases. Both were filed by Plaintiff in 2012, both arise from the same Army Regulation 15-6 Report of Investigation and DA Form 1574 and the same disclosures of those records, and both were litigated before this Court. The records central to the fraud-

upon-the-court motion Plaintiff will file in this action are presently maintained under seal in the APA action.

2. No responsive materials are sealed in this action. Plaintiff filed no response to the motion to dismiss in this case, and the docket of this action (Record Nos. 1 through 41) contains no sealed exhibit. The sealed records Plaintiff requires therefore reside in the APA action, where they were ordered sealed pending further orders of the Court. (No. 3:12-cv-35, Record No. 34, entered Sept. 19, 2012.)

3. Plaintiff seeks access to the following sealed records in the APA action, each of which is directly material to the Rule 60(d)(3) motion:

1. Record No. 29 (sealed) — Plaintiff's exhibits to his Response in Opposition to the Motion to Dismiss, comprising Exhibit B and Exhibit C (Parts 1–13);

2. Record No. 30 (sealed) — Plaintiff's Exhibits E, F (Parts 1–5), G, and H;

3. Record No. 31 (sealed; conventional filing) — Exhibit H, the audio recording, maintained on the shelf in the Clerk's Office under seal;

4. Record No. 16 (sealed) — the Defendants' appendix to their Motion to Dismiss, including the Barry, Frodge, Harris, and First Army declarations; and

5. Record No. 21 (sealed) — the Defendants' sealed Amended Document. All of the foregoing were sealed by Order at Record No. 34 in the APA action.

4. Plaintiff is the subject of the Privacy Act records at issue and is the party who submitted the sealed Exhibits A through H (Record Nos. 29–31). Access by the subject and submitter of these records, for use in related litigation in the same Court, is consistent with the common-law right of access to judicial records and works no prejudice, as the records will remain under seal.

5. To preserve the confidentiality the sealing order protects, Plaintiff requests leave to lodge copies of these materials under seal in this action as exhibits to his Rule 60(d)(3) motion, rather than placing them on the public record.

6. Plaintiff has filed a related motion seeking access to these same sealed records in the APA action itself. (No. 3:12-cv-35, Record No. 47.) Plaintiff brings this motion in this action

because the sealed materials are required here, in support of the Rule 60(d)(3) motion to be filed in this case.

WHEREFORE, Plaintiff respectfully requests that the Court (a) direct the Clerk to permit Plaintiff access to, and to provide copies of, the sealed records identified above; (b) grant Plaintiff leave to lodge copies of those records under seal in this action; and (c) grant such other relief as is just and proper.

Respectfully submitted this 26th day of June 2026.

Michael Dean Vaughan

Plaintiff, Pro Se

500 Leo Drive, Hamilton, OH 45013

(859) 743-1355

warhacker6@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June, 2026, I served a true and correct copy of the foregoing upon counsel for the Defendants by United States Mail, postage prepaid (and by the Court's CM/ECF system if and when electronic-filing privileges are granted), addressed to the Office of the United States Attorney, Eastern District of Kentucky, 260 West Vine Street, Suite 300, Lexington, Kentucky 40507.

Michael Dean Vaughan, Pro Se