# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION AT FRANKFORT

MICHAEL DEAN VAUGHAN,

      Plaintiff,

v.

KENTUCKY ARMY NATIONAL GUARD and
UNITED STATES DEPARTMENT OF THE ARMY,

      Defendants.

Civil Action No. 3:12-CV-00033-DCR

Hon. Danny C. Reeves

---

## [PROPOSED] ORDER

This matter is before the Court on Plaintiff's Motion for Leave to Access Sealed Records in the Companion Case (No. 3:12-cv-35-KKC) for Use in This Proceeding, and to Lodge Copies Under Seal Herein. The Court, being sufficiently advised, finds that the motion should be GRANTED.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's Motion is **GRANTED**;

2. The Clerk is DIRECTED to permit Plaintiff access to, and to provide Plaintiff copies of, the records sealed in *Vaughan v. Kentucky Army National Guard*, No. 3:12-cv-35-KKC, at Record Nos. 16, 21, 29, 30, and 31; and

3.   Plaintiff is GRANTED leave to lodge copies of those records under seal in this action as exhibits in support of his motion under Federal Rule of Civil Procedure 60(d)(3).

This _____ day of _____, 2026.


_____

Danny C. Reeves
United States District Judge