Michael Vaughan
500 Leo Dr.
Hamilton, Ohio 45013




**Retail**

**U.S. POSTAGE PAID**
FCM LG ENV
CINCINNATI, OH 45219
JUN 26, 2026

40602

**$2.17**

RDC 99

S2324E501715-14

Clerk of Courts, EDKY
John C. Watts Federal Building (3rd Floor)
330 West Broadway, Room 326
Frankfort, KY 40602



Back of Envelope