**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
Central Division at Frankfort

Michael Dean Vaughan

    Plaintiff / Petitioner,

V.

Kentucky Army National Guard, et al

    Defendant(s) / Respondent.

**CASE NO.**  3 : 12 - CV - 33-REW

**MOTION FOR** _____

[Explain here what you want the Court to do.  State the facts - what happened,

who was involved, when and where did this occur.  Provide relevant law if you know it.]

Signature: _____      Date: _____
Name (print):
Address:
City/State/Zip
Phone No.
Inmate No.:

**CERTIFICATE OF SERVICE**

I, [your name], certify that on [date] I sent a complete and accurate copy of this [name of document] by United States mail to every other party or their attorneys listed below:

[list names and addresses of every defendant or their attorney]

Signature: _____      Date: _____