Eastern District of Kentucky
**FILED**

MAY - 6 2016

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

**GENERAL ORDER 16-04**

IN RE:  Disclosure of Contact Information    )    **STANDING ORDER**

    )

    )

The Court enters this general order for *pro se* actions.  In order to better enable the Court to contact non-prisoner *pro se* litigants, it is **ORDERED** as follows:

1) **Disclosure of Contact Information; Sanctions**.  In addition to the requirements of LR 5.1(a), all *pro se* litigants must include, if available, in the caption of the litigant's first filing, the litigant's current telephone number, residential address, and, if different, mailing address.  Failure to provide the required address and telephone information upon request may result in the dismissal of the litigant's case or other appropriate sanctions.

2) **Notification of Change in Address; Sanctions.**  All *pro se* litigants must provide written notice of a change of residential address, and if different, mailing address, to the Clerk and to the opposing party or the opposing party's counsel.  Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.

3) Effective immediately, the Clerk is **DIRECTED** to file a copy of this Order in all non-prisoner *pro se* actions upon filing of the initiating document or at any time a self-represented non-prisoner party lists his or her name on a pleading, motion, or other paper.

Dated this 6th day of May, 2016.

Karen K. Caldwell, Chief Judge
United States District Court
Eastern District of Kentucky