UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| MICHAEL DEAN VAUGHAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:12-CV-33-REW |
| v. | ) | |
| | ) | |
| KENTUCKY ARMY NATIONAL | ) | ORDER |
| GUARD and UNITED STATES | ) | |
| DEPARTMENT OF THE ARMY, | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Plaintiff Michael Dean Vaughan, proceeding *pro se*, has filed a motion for leave to file electronically, *see* DE 48, and a motion for leave to access sealed records in a companion case (No. 3:12-CV-35-KKC), *see* DE 49. As grounds, Vaughan states that he needs electronic filing privileges and the sealed records for a forthcoming Rule 60(d)(3) motion. *See* DE 48; DE 49. *Pro se* filers are not granted electronic filing privileges. Moreover, whether Vaughan may access sealed records in a separate case is a question best addressed in that separate case. Accordingly, the Court DENIES DE 48 and DE 49.

This the 1st day of July, 2026.



**Signed By:**

*Robert E. Wier*

**United States District Judge**